

666 Old Country Road, Suite 501
Garden City, NY 11530

T: (212) 756-1277
jkirshner@jkirshnerlaw.com
www.jkirshnerlaw.com

June 30, 2021

VIA ECF
Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/12/2021
```

      Re:    United States v. Encarnacion-Velez, et al. (Francia Espinal-Taveras)
              21 Cr. 225 (MKV)

Dear Judge Vyskocil,

    I represent Francia Espinal-Taveras in the above-captioned matter. I write to request a modification to her conditions of release. Specifically, we request the temporary return (through September 3, 2021) her two daughters' passports so they may spend the summer with family in the Dominican Republic.

    The Government does not object to this application. Pre-Trial Services does not take a position on this application, but notes that Ms. Espinal-Taveras is in full compliance with all of the conditions of her release.

    Thank you for your consideration and attention to this matter.

                                        Respectfully submitted,

                                            /s/
                                       Joshua D. Kirshner

cc:    All parties (via ECF)

**Granted. SO ORDERED.**

Date:  July 12, 2021                                _Mary Kay Vyskocil_
New York, New York                      Mary Kay Vyskocil
                                         United States District Judge